CARRIE STEVENSON *v.* ABRAHAM H. BALDWIN and others.

Bradford Dyer and another, *as Committee, etc., v.* Abraham H. Baldwin and others.

Charles Forester *v.* Bradford Dyer and another, *as Committee, etc.*— Order appealed from reversed with ten dollars costs and disbursements to the appellant, to be paid by the respondents as committee, etc., out of the estate in their hands. Opinion by Smith, J.